Form a0n5matx

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215–2414**

| | |
|---|---|
| In Re: Ultimate Building Systems, Inc. | Case No.: 2:11–bk–51040 |
| Debtor(s) | Chapter: 7 |
| SSN/TAX ID: 20–5468179 | Judge: Charles M Caldwell |

**Notice of Deficient Filing,**
**Order Setting 7 Day Deadline for Compliance**
**or Presentation to Bankruptcy Judge**

The above–captioned bankruptcy case was filed without certain documents required by 11 U.S.C. Sec. 521(1), Fed. R. Bankr. P. 1007 and/or Local Bankruptcy Rules 1007, 1015, and 5005–4. The missing documents are:

☐ Creditor's matrix or mailing list of creditors and other parties in interest

☑ Verification of creditor's matrix or mailing list

☑ Creditor matrix or mailing list uploaded in **.txt** file in the manner set forth in Tab 5, CM/ECF User's Reference Manual.

The deadline for filing the required document(s) is **SEVEN (7)** days from the date of this Notice and Order. If **ALL** required documents are not filed by the deadline, this case shall be presented to the bankruptcy judge for immediate dismissal or sanctions.

**IT IS SO ORDERED.**

Dated: February 8, 2011

**/s/ BY THE COURT**