# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 11-51040 |
| | : | |
| **Ultimate Building Solutions, Inc.** | : | |
| | : | |
| Debtor | : | Chapter 7, Judge Caldwell |

## RESPONSE TO MOTION FOR RELIEF OF STAY FILED KNAUF USA POLYSTYRENE, INC.

Now comes Sara J. Daneman, Chapter 7 Trustee, herein, and hereby files this Response to the Motion for Relief From Stay.

The meeting of creditors is scheduled for April 14, 2011. At this time, the Trustee has insufficient information to make a determination as to whether relief from stay should be granted.

Until the Trustee has ample opportunity to examine the Debtor regarding all of their financial affairs, including the circumstances surrounding the Motion for Relief From Stay, the Court should deny the Motion.

Respectfully submitted,

/s/ Sara J. Daneman
Sara J. Daneman   #0008254
62 Mill Street
Gahanna, OH 43230
(614) 337-0960
Interim Trustee

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing was served by 1st Class U.S. Mail, postage prepaid, or electronically on the following, this 23rd day of March, 2011.

Debtor's Counsel
Theran J. Selph, Sr., Esq.

U.S. Trustee

Attorney for Movant
Emily C. McNicholas, Esq. (Served ECF)

and on the following by ordinary U.S. Mail

Ultimate Building Solutions, Inc.
2914 Freedom Trail
Reynoldsburg, OH 43068

/s/ Sara J. Daneman
Sara J. Daneman   #0008254
Interim Trustee